UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
LEONCIO D.,                        )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 18-228-WES
                                   )
ANDREW M. SAUL,                    )
Commissioner of the Social         )
Security Administration,           )
                                   )
        Defendant.                 )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on July 25, 2019, ECF No. 20, recommending that the Court grant Plaintiff's Motion for Reversal of the Disability Determination of the Commissioner of Social Security, ECF No. 15, and deny Defendant's Motion to Affirm the Decision of the Commissioner, ECF No. 17.  After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R&R, ECF No. 20, and adopts the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion for Reversal of the Disability Determination of the Commissioner of Social Security, ECF No. 15, is GRANTED, and Defendant's Motion to Affirm the

1

Decision of the Commissioner, ECF No. 17, is DENIED. Final judgment shall enter in favor of Plaintiff. This matter is remanded for further administrative proceedings, pursuant to 42 U.S.C. § 405(g).

IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Date: August 15, 2019